**Order filed April 14, 2016.**



In The

# Fourteenth Court of Appeals

———————

**NO. 14-15-01005-CR**
**NO. 14-15-01006-CR**

———————

**NATHAN RAY FOREMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 177th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1374837 & 1374838**

## ORDER

The reporter's record in this case was due January 18, 2016.  *See* Tex. R. App. P. 35.1.  The court received 14 of 15 volumes of the reporter's record on April 13, 2016. The official court reporter for the 177th District Court informed this court that Gayle Patterson, a substitute court reporter, is responsible for preparation of volume 2 of the reporter's record. Because volume 2 of the reporter's record has not been filed timely, we issue the following order.

We order Gayle Patterson, the substitute court reporter, to file the record in this appeal **within 20 days** of the date of this order.

PER CURIAM